United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-10914-amc

Monique Allen  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Apr 23, 2024      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique Allen, 1809 E. Pastorius Street, Philadelphia, PA 19138-1203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Financial Services Vehicle Trust bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor HOME POINT FINANCIAL CORPORATION jblank@pincuslaw.com mmorris@pincuslaw.com |
| MICHAEL A. LATZES | on behalf of Debtor Monique Allen efiling@mlatzes-law.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor HOME POINT FINANCIAL CORPORATION mimcgowan@raslg.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Apr 23, 2024     Form ID: 234     Total Noticed: 1

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROBERT J. DAVIDOW
    on behalf of Creditor Home Point Financial Corporation robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor HOME POINT FINANCIAL CORPORATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Monique Allen
        Debtor(s)                              Case No:19−10914−amc
                                                  Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 4/23/24