Certificate Number: 15317-PAE-DE-038501112

Bankruptcy Case Number: 19-10914



15317-PAE-DE-038501112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 22, 2024</u>, at <u>6:20</u> o'clock <u>AM PDT</u>, <u>Monique Allen</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 22, 2024</u>     By:    <u>/s/Rolyn Martinada</u>

Name: <u>Rolyn Martinada</u>

Title: <u>Credit Counselor</u>