United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monique Allen  
    Debtor

Case No. 19-10914-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 10, 2024      Form ID: 138OBJ      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique Allen, 1809 E. Pastorius Street, Philadelphia, PA 19138-1203 |
| 14273390 | + | Federal Loan Services, P.O. BOX 2461, Attn: Bankruptcy Dept., Harrisburg, PA 17105-2461 |
| 14830768 | + | Freedom Mortgage Corp., c/o Mark A. Cronin, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |
| 14687213 | + | Freedom Mortgage Corporation, c/o Mario Hanyon,Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150 Charlotte, NC 28217-3977 |
| 14273392 | + | Health Credit Services, P.O. BOX 603555, Attn: Bankruptcy Dept., Charlotte, NC 28260-3555 |
| 14290032 | | Home Point Financial Corporation, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14275478 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14273995 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14332093 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14756265 | + | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 11 2024 11:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14273385 | | Email/Text: membersolutions@ardentcu.org | Jun 11 2024 11:22:00 | Ardent Credit Union, 1500 Spring Garden Street, #500, Attn: Bankruptcy Dept., Philadelphia, PA 19130 |
| 14273387 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 11 2024 11:29:30 | BMW Financial Services, Regional Service Center, P.O. BOX 3608, Dublin, OH 43016-0306 |
| 14280955 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jun 11 2024 11:29:33 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14281259 | | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:29:33 | BMW Financial Services NA, LLC, 4515 N. Sante Fe Avenue, Dept APS, Oklahoma OK 73118 |
| 14276564 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:29:33 | BMW Financial Services NA, LLC, Department AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14275866 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:29:28 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14529457 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:29:28 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 19-10914-amc   Doc 114   Filed 06/12/24   Entered 06/13/24 00:35:21   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| 14273386 | + Email/Text: BarclaysBankDelaware@tsico.com | Jun 11 2024 11:22:00 | Barclay's, P.O. BOX 13337, Attn: Bankruptcy Dept., Philadelphia, PA 19101-3337 |
| 14273388 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Capital One, P.O. BOX 71083, Attn: Bankruptcy Dept., Charlotte, NC 28272-1083 |
| 14304177 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:29:33 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14303811 | + Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 11:29:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14273389 | + Email/Text: bankruptcy@philapark.org | Jun 11 2024 11:22:00 | City of Philadelphia Parking Violations, P.O. BOX 41818, Attn: Bankruptcy Dept., Philadelphia, PA 19101-1818 |
| 14273391 | Email/Text: bk@freedomfinancialnetwork.com | Jun 11 2024 11:22:00 | Freedom Plus, P.O. BOX 2340, Attn: Bankruptcy Dept., Phoenix, AZ 85002 |
| 14687066 | + Email/Text: EBN@brockandscott.com | Jun 11 2024 11:22:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14644377 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 11 2024 11:22:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14830009 | ^ MEBN | Jun 11 2024 11:19:33 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14687067 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 11 2024 11:22:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14273393 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:22:00 | Home Point Financial, 11511 Luna Road, Suite 200, Attn: Bankruptcy Dept., Farmers Branch, TX 75234-6451 |
| 14276238 | ^ MEBN | Jun 11 2024 11:19:46 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14283541 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:22:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14276565 | ^ MEBN | Jun 11 2024 11:19:44 | Home Point Financial Corporation, c/o D. Anthony Sottile, Sottile & Barile, LLC, 394 Wards Corner Road Suite 180, Loveland, OH 45140-8362 |
| 14454017 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 11:29:28 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 14273394 | + Email/PDF: pa_dc_claims@navient.com | Jun 11 2024 11:29:28 | Navient, 123 Justison Street, Attn: Bankruptcy Dept., Wilmington, DE 19801-5363 |
| 14304065 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 11 2024 11:22:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO BOX 809142, Chicago IL 60680-9142 |
| 14303026 | + Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 11 2024 11:22:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO BOX 8961, Madison, WI 53708-8961 |
| 14273395 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 11 2024 11:22:00 | Neiman Marcus, P.O. BOX 5235, Attn: Bankruptcy Dept., Carol Stream, IL 60197-5235 |
| 14273396 | + Email/Text: bnc@nordstrom.com | Jun 11 2024 11:22:34 | Nordstrom, Colorado Service Center, P.O. BOX 6555, Attn: Bankruptcy Dept., Englewood, CO 80155-6555 |
| 14273398 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 11 2024 11:22:00 | PECO ENERGY, 2301 Market Street, S23-1, Attn: Bankruptcy Dept. - Merrick Friel, Philadelphia, PA 19103-1380 |
| 14273399 | Email/Text: CollectionsDept@PFCU.COM | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 11 2024 11:22:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Attn: Bankruptcy Dept., Philadelphia, PA 19154-1003 |
| 14273400 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:22:00 | PNC Bank, P.O. Box 94982, Cleveland OH 44101 |
| 14310586 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14310206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14273397 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Paypal Credit, P.O. BOX 71202, Attn: Bankruptcy Dept., Charlotte, NC 28272-1202 |
| 14283812 | + | Email/Text: bankruptcy@philapark.org | Jun 11 2024 11:22:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, PA 19106-2895 |
| 14273401 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:28 | SYNCB/AMAZON, P.O. BOX 960013, Attn: Bankruptcy Dept., Orlando, FL 32896-0013 |
| 14273402 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:33 | SYNCB/Paypal, P.O. BOX 960080, Attn: Bankruptcy Dept., Orlando, FL 32896-0080 |
| 14314176 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:22:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14273403 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Synchrony Bank, P.O. BOX 960061, Attn: Bankruptcy Dept., Orlando, FL 32896-0661 |
| 14275478 | ^ | MEBN | Jun 11 2024 11:19:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14414997 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14273995 | ^ | MEBN | Jun 11 2024 11:19:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14755812 | + | Email/Text: EBN@edfinancial.com | Jun 11 2024 11:22:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14273404 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Wells Fargo, P.O. BOX 71118, Attn: Bankruptcy Dept., Charlotte, NC 28272-1118 |
| 14290151 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 11 2024 11:29:31 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14273405 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Wells Fargo Home Projects, P.O. Box 71118, Attn: Bankruptcy Dept., Charlotte, NC 28272-1118 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14687214 | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14313720 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14314181 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14414811 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14756266 | *+ | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Financial Services Vehicle Trust bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| JEROME B. BLANK | on behalf of Creditor HOME POINT FINANCIAL CORPORATION jblank@pincuslaw.com mmorris@pincuslaw.com |
| MICHAEL A. LATZES | on behalf of Debtor Monique Allen efiling@mlatzes-law.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor HOME POINT FINANCIAL CORPORATION mimcgowan@raslg.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Home Point Financial Corporation robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor HOME POINT FINANCIAL CORPORATION tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Home Point Financial Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Monique Allen

    Debtor(s)

Case No: 19−10914−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/7/24

113 − 106
Form 138OBJ